UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. John T. Holzer                                         Docket No. 5:18-CR-94-1D

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John T. Holzer, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute 5 Kilograms or More of Cocaine, Possession of a Firearm in Furtherance of a Drug Trafficking Offense, and Armed Bank Robbery, was sentenced by the Honorable James S. Moody, Jr., United States District Judge, for the Middle District of Florida, on August 30, 2001. He was sentenced to a total of 190 month of imprisonment followed by 60 months of supervised release. Additionally, on April 5, 2002, Holzer appeared for sentencing before the Honorable Maurice M. Paul, Senior U.S. District Judge, for the Northern District of Florida, pursuant to an earlier plea of guilty to Armed Bank Robbery and Brandishing a Firearm During a Crime of Violence. He was sentenced to 36 months of imprisonment followed by 60 months of supervised release. This sentence ran concurrently to the sentence imposed in the Middle District of Florida.

John T. Holzer was released from custody on August 10, 2015, at which time the term of supervised release commenced. On January 24, 2018, Holzer was charged in Wake County, North Carolina, with Possession of Heroin (18CR201513). The defendant pled guilty to Possession of Drug Paraphernalia on February 13, 2018, and was sentenced to 19 days custody, with credit for time served. The Middle and Northern Districts of Florida were notified of the violation and jurisdiction was subsequently transferred to the Eastern District of North Carolina.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Following Holzer's arrest in January, he sought treatment for his substance abuse. He subsequently agreed that participation in the HOPE Court Program would provide the increased level of support he needed. Holzer entered the program on April 5, 2018. As such, additional conditions of supervision are required for his participation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

### PRAYING THAT THE COURT WILL ORDER that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days;

Except as herein modified, the judgment shall remain in full force and effect.

John T. Holzer
Docket No. 5:18-CR-94-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie Wise Rosa
Julie Wise Rosa
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: April 23, 2018

## ORDER OF THE COURT

Considered and ordered this  28  day of  April , 2018, and ordered filed and made a part of the records in the above case.

_____
J. Dever